435 A.2d 239

Commonwealth v. Morris, Appellant.

 Submitted November 14, 1980. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Order affirmed.